**Dismissed and Opinion Filed November 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00068-CV

**COLETTE FERRELL, Appellant**
**V.**
**MIDFIRST BANK, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-00014-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By electronically-delivered postcard dated September 2, 2015, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

150068F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

COLETTE FERRELL, Appellant

No. 05-15-00068-CV     V.

MIDFIRST BANK, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-00014-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MIDFIRST BANK recover its costs of this appeal from appellant COLETTE FERRELL.

Judgment entered November 19, 2015.